IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLENN DEVOLDER, MICHAEL and JESSICA GUCIARDO, BILL and DEDRA BRADLEY and ELCC CO., MARK and DONNA ADAMS, PAULA ANGLEMYER, CARL and GENE BOLIN, WALTER and EFFIE BOLIEU, MATTHEW and MELBA BURRUSS, EUGENE CIERI, LEANDRO CIERI and AXIOS AUDACIA, LLC, MARK COLBY, ERNEST DUNN, DOUG and RENEE FISHER, BRENT and STACY GLOPEN, THOMAS HANDZLIK and DE PARADISE LLC, MARY LOU HERMES, CHERLYN JONES, MARION LUND, PAUL and KIMBERLY NECESSARY, MARK and HEIDI RICKNER, and LAURA SCHULTZE, individually and on behalf of others similarly situated, | CV 23–124–M–DLC<br><br>ORDER |
| Plaintiffs, | |
| vs. | |
| MONTANA RAIL LINK, INC., and BNSF RAILWAY CO., | |
| Defendants. | |

Before the Court is Plaintiffs' Unopposed Motion to Dismiss Without

Prejudice.  (Doc. 10.)  Plaintiffs move to dismiss this case without prejudice on the

1

grounds that the parties have agreed to Plaintiffs filing this case in the state district court.  (*Id.* at 2.)  Pursuant to Fed. R. Civ. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on the terms that the court considers proper."  Any such dismissal is without prejudice unless otherwise stated.  Fed. R. Civ. P. 41(a)(2).  The Court is satisfied that dismissal of this action is proper.

Accordingly, IT IS ORDERED that the motion (Doc. 10) is GRANTED and the above captioned matter is DISMISSED WITHOUT PREJUDICE.

DATED this 8th day of May, 2024.

Dana L. Christensen, District Judge
United States District Court